HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants, *v.* HOME INSURANCE COMPANY, Respondent.

HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants, *v.* HARTFORD FIRE INSURANCE COMPANY et al., Respondents.

Submitted July 13, 1937; decided September 28, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 562.)

In the Matter of the Will of WILLIAM CARROLL, Deceased.

RALPH C. CARROLL, JR., et al., Infants, by BENJAMIN F. SCHREIBER, as Special Guardian, et al., Appellants; PAUL A. CURTIS, Respondent.

Submitted July 13, 1937; decided September 28, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 288.)